Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED'08 SEP 25 09:26USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERI Y. BOWER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 06-6158-PK<br><br>ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $7,037.10 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $7,037.10 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) - 1

Counsel shall refund the EAJA fee of $3,471.68 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of September 24, 2008.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) - 2